UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION


FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAR -7 AM 10: 31
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| EUGENE FRENCH, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV410-141 |
| ALAN CARTER, | ) |
| Respondent. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 7th day of March, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA