UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION


FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAR 22 AM 11: 53
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| EUGENE FRENCH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV410-141 |
| ) | |
| ALAN CARTER, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 22 day of March, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA