UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EUGENE FRENCH,

Petitioner,

v.                    4:10-cv-141

ALAN CARTER,

Respondent.

## ORDER

The Court *VACATES* its orders adopting the Magistrate Judge's R&R, *see* Docs. 27, 28, and its judgment dismissing French's 2254 petition, *see* Doc. 29.

This 22nd day of March 2011.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA