# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

EUGENE FRENCH, )
)
    Petitioner, )
)
v. ) Case No. CV410-141
)
ALAN CARTER, )
)
    Respondent. )

## ORDER

Convicted in state court of aggravated child molestation, *French v. State*, 288 Ga. App. 775 (2007), Eugene French petitioned this Court for 28 U.S.C. § 2254 habeas relief. Doc. 1. The respondent moved to dismiss the petition as untimely under 28 U.S.C. § 2244(d)(1)(A)'s one year limitations period. Doc. 8. Several litigation loops later, the respondent has tendered a supporting affidavit (doc. 42) but failed to renew his dismissal motion. He shall do so within 7 days, after which French shall have 21 days to respond. Respondent is reminded to comply with the Court's special briefing directive. *See* doc. 41 at 5 n. 2.

**SO ORDERED** this __7th__ day of July, 2011.

                                          UNITED STATES MAGISTRATE JUDGE
                                          SOUTHERN DISTRICT OF GEORGIA