FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT -2  AM 11: 02

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| EUGENE FRENCH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV410-141 |
| | ) | |
| ALAN CARTER, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed. Accordingly, the Report and Recommendation of

the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _2a_ day of _Oct_, 2012.

_____

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA